AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.
Shannon Concho

Case No. 24-CR-189 MLG

Defendant


FILED
United States District Court
Albuquerque, New Mexico
Mitchell R. Elfers
Clerk of Court

## AMENDED ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) Shannon Concho,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 1153 and 113(a)(1): Assault with Intent to Commit Murder; 18 U.S.C. § 2: Aiding and Abetting;

Count 2: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury; 18 U.S.C. § 2: Aiding and Abetting;

Count 3: 18 U.S.C. §§ 1153 and 371: Conspiracy to Commit Assault with Intent to Commit Murder.

Date: 05/14/2024

*K. Hernandez de Sepulveda*
Issuing officer's signature

City and state: Albuquerque, NM

Mitchell R. Elfers, Clerk of Court
Printed name and title

### Return

This warrant was received on (date) 5/14/24, and the person was arrested on (date) 6/21/24
at (city and state) ZUNI, NM.

Date: 6/21/24

Arresting officer's signature

ELI GRADY FBI
Printed name and title